UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TERRY ROBERTS,**

    Plaintiff,

v.                                                   CASE NO.    3:03-cv-55-J-25TEM

**RAYONIER, INC.**, a foreign corporation,
and **JOHN P. O'GRADY,**

    Defendants.

_____

**O R D E R**

Pursuant to the parties' Stipulation (Dkt. 208), it is

**ORDERED**:

This action is **DISMISSED with prejudice**.

**DONE AND ORDERED** this 7 day of February, 2006.

                                             HENRY LEE ADAMS, JR.
                                             United States District Judge

Copies to:    Counsel of Record